141 P.3d 498

# INTERMEDIATE COURT OF APPEALS OF HAWAIʻI

Tortorello v. Tortorello .......... 27459    08/07/2006  Denied    112 Hawaiʻi 219, 145 P.3d 762